═══════════════════════════════════════════════════════════════════════════════

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__        DISTRICT OF        __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO 1:07-CV-0711 (LEK/RFT)

LOUISE MEANWELL,

      **Plaintiff,**

 -against-

HON. GEORGE CERESIA, ET AL,

      **Defendants.**

_____   JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___XX___   DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated July 25, 2007.

DATE:   August 28, 2007            **LAWRENCE K. BAERMAN**
                 CLERK OF THE COURT

                 Scott A. Snyder
                 **Courtroom Deputy to the**
                 **Honorable Lawrence E. Kahn**